**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-4828**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM FRANK NORFLEET,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CR-90-104)

———————————

Submitted:  April 30, 2002               Decided:  May 31, 2002

———————————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

A. Christopher Zaleski, PROTOGYROU & RIGNEY, P.L.C., Norfolk, Virginia, for Appellant.  Paul J. McNulty, United States Attorney, Laura M. Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Frank Norfleet appeals the sentence imposed upon the revocation of his supervised release. We have reviewed the record and the district court's opinion and find no reversible error. The district court did not err in imposing a sentence above that recommended by U.S. Sentencing Guidelines Manual § 7B1.4(a), p.s. (2000). 18 U.S.C.A. §§ 3583(e)(3), (g) (West 2000); see generally United States v. Davis, 53 F.3d 638, 640-41 & nn. 1, 6, 10 (4th Cir. 1995). Accordingly, we affirm on the reasoning of the district court. See United States v. Norfleet, No. CR-90-104 (E.D. Va. Oct. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED